No. 88–535. LOCAL FREIGHT DRIVERS, LOCAL 208, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* ROZAY'S TRANSFER. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 88–992. DALLAS COUNTY COMMISSION ET AL. *v.* UNITED STATES (two cases). C. A. 11th Cir. Motion of Samson Crum et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.